IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        No. 14-cr-00455-WJ

ISAAC ANAYA, JULIA OROS, CASEY LAMOTTE,
CURTIS MURRAY, SR., BRANDON SMITH,
BOBBY HAMPTON, PEDRO LUCERO, FAY GORDON,
YVONNE ANAYA, ROBERT VALDEZ,
RICHARD ARCHULETA, ERNESTO FELIX, and
WESLEY CONTRERAS,

        Defendants.

## ENTRY OF APPEARANCE ON BEHALF OF CASEY LAMOTTE
## AND MOTION FOR SUBSTITUTION

**COMES NOW AEQUITAS LAW, LLC**, Anna C. Martinez and Albert L. Hutchinson, Jr. and hereby notifies the Court that the above named Defendant has retained them in this matter and they hereby enter their appearance on behalf of Defendant.

Defendant further moves the Court, pursuant to D.N.M.LR 44.1(f), to substitute Anna C. Martinez and Albert L. Hutchinson, Jr. as attorneys of record in in this matter. Upon entry of an Order granting this Motion, all future correspondence and pleadings in this matter intended for Defendant may be addressed to:

        AEQUITAS LAW, LLC
        Anna C. Martinez
        P.O. Box 25304
        Albuquerque, NM 87125
        (505) 750-8005
        anna@aequitas.pro

2

**WHEREFORE** Defendant respectfully requests that the Court substitute Anna C. Martinez and Albert L. Hutchinson, Jr. in appointed counsel's stead in this representation. An Order of Substitution has been submitted concurrently with this Motion.

                                       Respectfully Submitted,
                                       **AEQUITAS LAW, LLC**

                                       "**Electronically Filed**"
                                       /s/ Anna C. Martinez
                                       Attorney for Defendant
                                       P.O. Box 25304
                                       Albuquerque, NM 87125
                                       (505) 750-8005
                                       anna@aequitas.pro

I HEREBY CERTIFY that a true and correct
copy of the foregoing pleading was delivered
to opposing counsel through the Court's CM/ECF
document filing and delivery service on March 3, 2014.

"**Electronically Filed**"
/s/ Anna C. Martinez