# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                              CV 15-608 WJ/WPL
                                               CR 14-455 WJ

CASEY LAMOTTE,

      Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* on a review of the record. I entered Proposed Findings and Recommended Disposition ("PFRD") in this case on October 27, 2015. (Doc. 10.) The PFRD mailed to LaMotte at the address provided by him: Torrance County Detention Center, P.O. Box 837, Estancia, New Mexico, 87016. The PFRD was returned as undeliverable on November 6, 2015. (Doc. 11.)

District of New Mexico Local Rule 83.6 states that all parties appearing pro se "have a continuing duty to notify the clerk, in writing, of any change in their . . . mailing address." D.N.M.LR-Civ. 83.6. It appears that LaMotte has failed to do so.

It is therefore ordered that LaMotte must show cause in writing no later than December 1, 2015, why the Court should not dismiss the case for failure to comply with the Local Rules. LaMotte shall simultaneously file a notice of address where he resides. Failure to respond to this Order shall constitute an independent basis for dismissal.

Furthermore, no later than December 1, 2015, LaMotte must file any objections that he has to the PFRD. Failure to file objections will constitute consent to adopt the PFRD as an Order of the Court and will waive appellate review.

Finally, the Clerk is ordered to send a copy of this Order to Show Cause and the PFRD to Casey LaMotte, Register Number 76759-051, FCI Florence, Federal Correctional Institution, PO Box 6000, Florence, CO 81226.

It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE